THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CHAUNCEY W. WALKER, Appellant.

*People* v. *Walker*, 85 App. Div. 556, affirmed.
(Submitted March 1, 1904; decided March 22, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, made
July 7, 1903, which affirmed a judgment of the Court of
General Sessions in the county of New York convicting the
defendant of the crime of grand larceny in the first degree.

*Charles E. Le Barbier* for appellant.

*William Travers Jerome, District Attorney (Robert C.
Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and
WERNER, JJ. Absent: PARKER, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent *v.*
HENRY WITTENBERG, Appellant.

*People* v. *Wittenberg*, 84 App. Div. 641, affirmed.
(Submitted March 1, 1904; decided March 22, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered June
12, 1903, which affirmed a judgment of the Court of Gen-
eral Sessions in the county of New York convicting the defend-
ant of the crime of playing policy.

*F. V. S. Oliver* and *James Oliver* for appellant.

*William Travers Jerome, District Attorney (Robert C.
Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and
WERNER, JJ. Absent: PARKER, Ch. J.